NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NADER ASGHARI-KAMRANI, KAMRAN ASGHARI-KAMRANI,**
*Appellants*

**v.**

**UNITED SERVICES AUTOMOBILE ASSOCIATION,**
*Appellee*

---

2018-1040, 2018-1041

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2016-00063, CBM2016-00064.

---

**SUA SPONTE**

---

Before DYK, WALLACH, and HUGHES, *Circuit Judges.*

PER CURIAM.

**O R D E R**

Upon consideration of the above-captioned appeals,

IT IS ORDERED THAT:

(1) These appeals (Nos. 2018-1040 and 2018-1041) are dismissed as moot, and the decisions of the U.S. Patent and Trademark Office's Patent Trial and Appeal Board are vacated in view of our affirmance of the U.S. District Court for the Eastern District of Virginia's judgment of patent ineligibility in *Asghari-Kamrani v. United Services Automobile Ass'n*, Appeal Nos. 2016-2415, 2017-2101, and 2017-2191, and the parties' agreement at oral argument that affirmance of the district court's ineligibility decision has the effect of invalidating all claims of U.S. Patent No. 8,266,432.

(2) No costs.

FOR THE COURT

September 11, 2018
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

.